# Order

Michigan Supreme Court
Lansing, Michigan

March 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144131

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

ERIC CONRAD HILL,
       Defendant-Appellee.

SC: 144131
COA: 301564
Oakland CC: 10-009256-AR

_____/

On order of the Court, the application for leave to appeal the September 30, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

MARILYN KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2012

Clerk

y0314